BOWMAN AND BROOKE LLP
Brian Takahashi (SBN: 146505)
Email: brian.takahashi@bowmanandbrooke.com
Marion V. Mauch (SBN: 253672)
Email: marion.mauch@bowmanandbrooke.com
Theodore Dorenkamp III (SBN: 277004)
Email: theodore.dorenkampIII@bowmanandbrooke.com
Garrett B. Stanton (SBN: 324775)
Email: garrett.stanton@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No.: 310/ 768-3068
Fax No.: 310/ 719-1019

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| RAEANN LOPEZ, an individual; ANNETTE MEZA, an individual, <br><br>　　　　　Plaintiffs, <br><br>　vs. <br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1-20, <br><br>　　　　　Defendants. | **CASE NO.: 8:20-cv-00186-JLS (JDEx)** <br><br>*Assigned to Hon. Josephine L. Staton* <br><br>**JOINT NOTICE OF SETTLEMENT** <br><br>FPTC: August 20, 2021 <br>Trial Date:　None |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE THAT Plaintiffs Raeann Lopez and Annette Meza ("Plaintiffs") and Defendant Ford Motor Company ("Defendant") (collectively the "Parties") have reached a settlement of all disputed issues in the above-referenced matter. The Parties jointly request 90 days to finalize the settlement and prepare the appropriate filings with the Court. The Parties further

1  request that all pending court dates, including the August 20, 2021 Final Pretrial
2  Conference, be vacated.

3  DATED: July 20, 2021             NITA LAW FIRM

5                                     By:   */s/M. Nicholas Nita*
6                                            M. Nicholas Nita
                                           Attorneys for Plaintiffs
7                                            RAEANN LOPEZ and ANNETTE
                                          MEZA

10  DATED: July 20, 2021            BOWMAN AND BROOKE LLP

13                                            By:   */s/Garrett B. Stanton*
14                                            Brian Takahashi
                                          Marion V. Mauch
15                                            Theodore Dorenkamp III
                                          Garrett B. Stanton
16                                            Attorneys for Defendant
                                          FORD MOTOR COMPANY

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, Garrett B. Stanton, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this *Joint Notice of Settlement*.

/s/ *Garrett B. Stanton*
Garrett B. Stanton

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2021, I filed the foregoing document entitled ***JOINT NOTICE OF SETTLEMENT*** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                         */s/Garrett B. Stanton*
                                         Garrett B. Stanton