```
 1  NITA LAW FIRM
    M. Nicholas Nita (SBN: 225194)
 2  Email: nick@nitalawfirm.com
    3055 Wilshire Boulevard, Suite 450
 3  Los Angeles, CA 90010
    Tel No.: 213/ 232-5055
 4  Fax No.: 213/ 402-8444

 5  BOWMAN AND BROOKE LLP
    Brian Takahashi (SBN: 146505)
 6  Email: brian.takahashi@bowmanandbrooke.com
    Marion V. Mauch (SBN: 253672)
 7  Email: marion.mauch@bowmanandbrooke.com
    Theodore Dorenkamp III (SBN: 277004)
 8  Email: theodore.dorenkampIII@bowmanandbrooke.com
    Garrett B. Stanton (SBN: 324775)
 9  Email: garrett.stanton@bowmanandbrooke.com
    970 West 190th Street, Suite 700
10  Torrance, California 90502
    Tel No.: 310/ 768-3068
11  Fax No.: 310/ 719-1019

12  Attorneys for Defendant
13  FORD MOTOR COMPANY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| RAEANN LOPEZ, an individual; ANNETTE MEZA, an individual, <br><br>Plaintiffs, <br><br>vs. <br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1-20, <br><br>Defendants. | **CASE NO.: 8:20-cv-00186-JLS (JDEx)** <br><br>*Assigned to Hon. Josephine L. Staton* <br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** <br><br>Trial Date: None |

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE:

IT IS HEREBY STIPULATED, by and between all parties, Plaintiffs RAEANN LOPEZ and ANNETTE MEZA and Defendant FORD MOTOR

1  COMPANY, by and through their respective counsel of record, that the entire action
2  be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of
3  Civil Procedure.  Each side to be responsible for and bear its own costs, expenses,
4  and attorneys' fees.
5  **IT IS SO STIPULATED.**
6
7  DATED:  November 4, 2021             NITA LAW FIRM
8
9                                       By:   /s/*M. Nicholas Nita*
10                                             M. Nicholas Nita
                                               Attorneys for Plaintiffs
11                                             RAEANN LOPEZ and ANNETTE
                                               MEZA
12
13
14  DATED:  November 4, 2021             BOWMAN AND BROOKE LLP
15
16                                       By:   /s/*Garrett B. Stanton*
17                                             Brian Takahashi
                                               Marion V. Mauch
18                                             Theodore Dorenkamp III
                                               Garrett B. Stanton
19                                             Attorneys for Defendant
                                               FORD MOTOR COMPANY
20
21
22
23
24
25
26
27
28

**ATTESTATION OF ELECTRONIC SIGNATURES**

    I, Garrett B. Stanton, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this *JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE*.

                                        /s/ *Garrett B. Stanton*
                                        Garrett B. Stanton

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2021, I filed the foregoing document entitled ***JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE*** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

  /s/Garrett B. Stanton
Garrett B. Stanton