JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEANN LOPEZ, an individual; ANNETTE MEZA, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1-20, <br><br> Defendants. | CASE NO.: 8:20-cv-00186-JLS (JDEx) <br><br> **ORDER DISMISSING CASE WITH PREJUDICE [29]** |

Plaintiffs RAEANN LOPEZ and ANNETTE MEZA and Defendant FORD MOTOR COMPANY, by and through their respective attorneys of record, stipulate that the entire action may be dismissed with prejudice pursuant to Rule 41(a)(1)A)(ii) of the Federal Rules of Civil Procedure, further that each side shall be responsible for and bear its own costs, expenses and attorneys' fees.

THEREFORE, IT IS ORDERED that the entire action is dismissed with prejudice.

DATED: November 12, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE